```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FEDERICO CAINAS,                            :    07 Civ. 11401 (SHS)

                       Plaintiff,           :

        -against-                            :    ORDER

THE CITY OF NEW YORK, ET AL.,               :

                       Defendants.           :

------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. There will be a pretrial conference on May 30, 2008, at 10:00 a.m.; and

2. The last day for completion of discovery is August 15, 2008.

Dated: New York, New York
       April 1, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.